UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1206 JRT/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER J. JOHNSON,<br><br>Defendant,<br><br>LAKE SUPERIOR COLLEGE,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about February 1, 2002.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 21, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings.

On or about February 1, 2002, the defendant was personally served with notice of his right to a hearing as to this garnishment action.

The United States of America has been informed that the defendant has filed a Chapter 13 Bankruptcy proceeding. During the pendency of a bankruptcy all collection action is stayed.

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 1, 2002, is hereby released.

Dated: 3/25/02

Raymond L. Erickson
Magistrate Judge
United States District Court